**JUDGE PHILIP MARTINEZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2007 AUG 15 PM 1:28

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**REY ORTIZ,**<br><br>Defendant. | CRIMINAL NO. EP-07-CR-<br><br>**INDICTMENT**<br><br>CT 1: 21:952(a)-Importation of a Controlled Substance;<br>CT 2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |

**EP07CR1965**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(3))

That on or about July 20, 2007, in the Western District of Texas, Defendant,

**REY ORTIZ,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about July 20, 2007, in the Western District of Texas, Defendant,

**REY ORTIZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney