**JUDGE PHILIP MARTINEZ**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**EP07CR1965**

| SEALED: | | UNSEALED  XX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: August 15, 2007 | MAG CT #: 07-3595-G | FBI #: |
| CASE NO: EP-07-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: **REY ORTIZ** | | DOB: REDACTED |

| ADDRESS: REDACTED |
|---|
| CITIZENSHIP: U.S.   INTERPRETER NEEDED: No   LANGUAGE: N/A |

| DEFENSE ATTORNEY: Margarito Rodriguez | EMPLOYED ___ APPOINTED  X |
|---|---|
| DEFENDANT IS: Custody<br>ADDRESS: El Paso County Detention Facility | |
| DATE OF ARREST: July 20, 2007 | BENCH WARRANT: No |

PROSECUTION BY: INDICTMENT

OFFENSE (Code and Description):
**CT 1:** 21:952(a) - IMPORTATION OF A CONTROLLED SUBSTANCE
**CT 2:** 21:841(a)(1)-POSSESSION OF A CONTROLLED SUBSTANCE W/INTENT TO DISTRIBUTE
**21:851 - ENHANCEMENT OF PUNISHMENT**

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **CTS 1-2:** 20 YRS (NO MIN MANDATORY)/$1 MILLION/AT LEAST 3 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT
**ENHANCEMENT UNDER 21 USC § 851:** 30 YRS (NO MIN MANDATORY)/$2,000,000/AT LEAST 6 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS: ICE/INV - Nathan Spisak

WDT-Cr-3