AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
# Western District of Texas

**UNITED STATES OF AMERICA**
v.
Rey Ortiz

**WARRANT FOR ARREST**

CASE NUMBER: EP-07-CR-1965 (1) PRM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Rey Ortiz___
                                        Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information  Order of Court **X Violation Notice** ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Please see attached.

in violation of
Title _____ United States Code, Section(s) _____

| | |
|---|---|
| ___WILLIAM G PUTNICKI___ | U.S. District Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | September 25, 2007   El Paso, TX |
| Signature of Issuing Officer | Date and Location |

Bail fixed at
$ ___DETAIN W/O BOND___ by ___U.S. DISTRICT JUDGE Philip R. Martinez___
                                   Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | Executed by USMS on 10-29-07 in El Paso, Texas |