PS 8
(8/88)

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

U.S.A. vs. Rey Ortiz                               Docket No. EP-07-CR-1965-(1)-PRM

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Robert Preslar  PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant  Rey Ortiz   who was placed under pretrial release supervision by the Honorable Norbert Garney  sitting in the court at  El Paso, TX , on the 8th  day of August 2007   under the following conditions:

Condition Number 5: Defendant shall remain under supervision of the Pretrial Services Office during the pendency of this cause and shall report to that agency as directed.

Condition Number 11:.  Defendant shall not use any narcotic drug or controlled substance, as defined in 102 of the Controlled Substances Act (21 U.S.C. 802), unless, prior to use, Defendant has obtained a prescription from a licensed medical practitioner. Defendant shall submit urine samples for testing as directed by the U.S. Pretrial Services Office.

Condition Number 12: Defendant shall be evaluated fore substance abuse at the discretion or the Pretrial Services Officer; and if treatment is recommended, Defendant shall participate in the recommended treatment, which shall include Defendant's submission of urine samples for testing, under the direction of the Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Defendant Perez failed to report to U.S. Pretrial Services during the first week or September, 2007 as directed.**

**On September 7th and September 12th, 2007 Rafael Perez failed to report and submit urine samples as directed.**

**On August 29, 2007 and September 12, 2007 Rafael Perez failed to attend a counseling session at Trinity Homeward Bound for substance abuse treatment.**

Taking notice of the fact that this is the defendants second violation while on bond and that AUSA, Donna Miller is aware of this recommendation and does not oppose:

PRAYING THAT THE COURT WILL ORDER: that a warrant be issued and the defendant's bond be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/25/2007

Robert L. Preslar
U.S. Pretrial Services Officer

Place: El Paso, Texas

Date:   September 25, 2007

## ORDER OF THE COURT

Considered and ordered this 25th day of September, 2007 and ordered filed and made part of the record in the above case.  It is further ordered that a warrant of arrest be issued:

U.S. District Judge