UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
350 U.S. COURTHOUSE
EL PASO, TEXAS 79901
DECEMBER 3, 2008

William G. Putnicki
Clerk of Court

FILED
2008 DEC -3 AM 11: 37
WESTERN DISTRICT OF TEXAS
BY D.A.

Jose Montes Jr.
1155 Westmoreland Dr.
Suite 120
El Paso, Texas 79925

USCA NO. 08-50730

RE: EP:07CR1965 / USA V. Rey Ortiz

In connection with this appeal, the following documents are being transmitted to you for the preparation of your appellate brief. Please acknowledge receipt on the enclosed copy of this letter and return it to this office in the envelope provided.

X     Record on appeal consisting of (1)Volume(s) of the Record, (2) Volumes of Transcript,

Supplemental record, including docket entries. Sealed Pre Sentence Investigation Report and Sealed Statement of Reasons

When you have completed your use of this appellate record, please follow any instructions provided by the Fifth Circuit in their transmittal letter to you or contact their office at:

Hon. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Sincerely,

Danny Aguilera
Deputy Clerk

I hereby acknowledge receipt of the above-referenced appellate record.

_____
Name/Address/Telephone
(915) 881-8600

12-3-08
Date