**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 8/13/10 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

7008 1140 0002 7413 6035

Sent To: Ray Ortiz
17246-180
Federal Correctional Institution
Street, Apt. No.; or PO Box No.: P.O. Box 5000
City, State, ZIP+4: Oakdale, LA 71463-5000
3:07-CR-1965-PRM, DOC#60, MR

PS Form 3800, August

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ray Ortiz
   17246-180
   Federal Correctional Institution
   P.O. Box 5000
   Oakdale, LA 71463-5000
   3:07-CR-1965-PRM, DOC#60, MR

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7008 1140 0002 7413 6035

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540