IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| REY ORTIZ, Reg. No. 17246-180, | § | |
| Movant, | § | |
| | § | |
| v. | § | EP-10-CV-265-PRM |
| | § | EP-07-CR-1965-PRM-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order the Court signed on this date, the Court enters its final judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Movant Rey Ortiz's *pro se* motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence [ECF No. 59] is **DENIED** and his civil cause is **DISMISSED WITH PREJUDICE**.

**IT IS ALSO ORDERED** that Movant Rey Ortiz is **DENIED** a **CERTIFICATE OF APPEALABILITY**.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 28 day of **June, 2011.**

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE