**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  7/28/16  + Reg Mail
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____         Postmark
☐ Certified Mail Restricted Delivery $ _____         Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total P
$
Sent To  Rey Ortiz #17246-180
Street   FCI CUMBERLAND
City, St P.O. Box 1000
         Cumberland, MD 21501
         3:07-cr-1965-PRM-1 Doc. 83 sf

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1259 0002 3010 5753