

USPS TRACKING #

9590 9402 1313 5285 6469 32

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED

2016 AUG -8 AM 4:22

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Rey Ortiz #17246-180
FCI CUMBERLAND
P.O. Box 1000
Cumberland, MD 21501
3:07-cr-1965-PRM-1 Doc. 83 sf

9590 9402 1313 5285 6469 32

2. Article Number (Transfer from service label)

PS Fc       7015 3010 0002 1259 1753

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☒ Agent
                        ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                   8-1-16

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt