IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| REY ORTIZ,<br>Fed. Reg. No. 17246-180,<br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§<br>§   EP-16-CV-248-PRM<br>§   EP-07-CR-1965-PRM-1<br>§<br>§<br>§<br>§ |

### FINAL JUDGMENT

In accordance with the "Order on Movant's Notice of Voluntary Dismissal of His Motion to Vacate, Set Aside, or Correct a Sentence" the Court signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Movant's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (ECF No. 80) and civil cause EP-16-CV-248-PRM are **DISMISSED WITHOUT PREJUDICE.**

**IT IS ALSO ORDERED** that Movant is **DENIED** a **CERTIFICATE OF APPEALABILITY.**

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this _28_ day of **April, 2017.**

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE