

USPS TRACKING #

9590 9402 1184 5246 7422 77

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED

MAY 30 2017

CLERK, U.S. DISTRICT
WESTERN DISTRICT
BY

Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rey Ortiz #17246-180
MANCHESTER FCI
Inmate Mail/Parcels
P.O. BOX 4000
MANCHESTER, KY 40962
3:07-cr-1965-PRM Doc. 87-88 (dt)

9590 9402 1184 5246 7422 77

2. Article Number (Transfer from service label)

7015 3010 0000 3192 4640

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                     ☐ Address

B. Received by (Printed Name)     C. Date of D
   D Smith                           5-26-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS                                    Domestic Return Receipt